**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 FEB 21  PM 2: 13

DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. |
| JOSE HERNANDEZ VANEGAS | 3-18CR-102-N |

## INDICTMENT

The Grand Jury Charges:

Count One
Illegal Reentry After Removal from the United States
[Violation of 8 U.S.C. § 1326(a) and (b)(1)]

On or about January 8, 2018, in the Dallas Division of the Northern District of Texas, the defendant, **Jose Hernandez Vanegas,** an alien, was found in the United States after having been deported and removed therefrom on or about April 20, 2017, without having received the express consent of the United States Attorney General or the Secretary of the Department of Homeland Security to reapply for admission since the time of the Defendant's previous deportation and removal.

In violation of 8 U.S.C. § 1326(a) and (b)(1).

A TRUE BILL

FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

NICOLE DANA
Assistant United States Attorney
Texas State Bar No. 24062268
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8694
Facsimile: 214-659-8800
Email: nicole.dana@usdoj.gov

**Indictment—Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JOSE HERNANDEZ VANEGAS

INDICTMENT

8 U.S.C. § 1326(a) and (b)(1)
Illegal Reentry After Removal from the United States

1 Count

A true bill rendered

DALLAS                                              FOREPERSON

Filed in open court this 21st day of February, 2018.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending